**BAKER & MCKENZIE**

Baker & McKenzie LLP

660 Hansen Way
Palo Alto, CA 94304
United States

Tel: +1 650 856 2400
Fax: +1 650 856 9299
www.bakermckenzie.com

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe, Middle East & Africa
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

Latin America
Bogota
Brasilia*
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre*
Rio de Janeiro*
Santiago
Sao Paulo*
Tijuana
Valencia

North America
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm

August 22, 2013

U.S. Magistrate Judge James   Via CM/ECF and Federal Express
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom B
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

**Re: Miller v. Southwest Airlines Co., Case No. 12-03482 WHA**

Dear Your Honor,

Plaintiff Claudia Miller and Defendant Southwest Airlines Co. respectfully submit their joint request for a continuance of the Settlement Conference currently scheduled for August 27, 2013 at 10:00 a.m. The parties request the Settlement Conference be rescheduled to October 8, 2013 at 10:00 a.m.

Thank you in advance for you cooperation in this regard.

Respectfully submitted,

*/s/ Jenni L. Field*

Jenni Field
Partner

(650) 856-5501
Jenni.Field@bakermckenzie.com

cc: Dow W. Patten (Via CM/ECF)

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

[GRANTED — Judge Maria-Elena James, United States District Court, Northern District of California]

Settlement conference statements shall be lodged no later than October 1, 2013.